

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

In re A.V.,                                          * Original Mandamus Proceeding


No. 11-23-00193-CR                                  * October 19, 2023


                                                    * Memorandum Opinion by Bailey, J.
                                                      (Panel consists of: Bailey, C.J.,
                                                      Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that Relator's petition for writ of mandamus should be conditionally granted. Therefore, in accordance with this court's opinion, the petition for writ of mandamus is conditionally granted. A writ of mandamus will issue only if Judge Moss fails to enter a ruling by October 30, 2023. If the Brown County Court at Law determines that it does not have jurisdiction to address Relator's application or writ of habeas corpus, we direct the court to forward the application to the district court for consideration.